UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

———————————————————— x
                                              )
AMERICAN ASSOCIATION OF PEOPLE                )
WITH DISABILITIES, FEDERATION OF              )
WOMEN'S CLUBS OVERSEAS, INC., NEW             )
MEXICO PUBLIC INTEREST RESEARCH               )
GROUP EDUCATION FUND, and                     )
SOUTHWEST ORGANIZING PROJECT,                 )
                                              )
                    Plaintiffs,               )     No. CV 08-702 JOB/WDS
                                              )
            v.                                )
                                              )
MARY HERRERA, in her capacity as Secretary    )
of State,                                     )
                                              )
                    Defendant.                )
                                              )
———————————————————— x

## PLAINTIFFS' APPLICATION FOR A PRELIMINARY INJUNCTION

Plaintiffs, through undersigned counsel, move this Court pursuant to Federal Rule of Civil Procedure 65 for a preliminary injunction preventing the Defendant from enforcing the New Mexico law regulating voter-registration efforts, NMSA 1978, § 1-4-49, the administrative regulations implementing this legislation, 1.10.25.7-10 NMAC, and other de facto requirements that New Mexico officials have put in place with respect to voter registration.

In support of this Application, Plaintiffs submit the accompanying (i) Memorandum of Points and Authorities and (ii) Declaration of Neal A. Potischman.

Plaintiffs respectfully request oral argument on this Application.

Dated:   Albuquerque, New Mexico
         August 11, 2008

Respectfully Submitted,

FREEDMAN BOYD HOLLANDER GOLDBERG &
IVES P.A.


By:___/s/ John W. Boyd_____
         John W. Boyd
         David H. Urias
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960


BRENNAN CENTER FOR JUSTICE
AT NYU SCHOOL OF LAW
Wendy R. Weiser
(*pro hac vice* application
pending)
Myrna Pérez
(*pro hac vice* application
pending)
161 Avenue of the Americas,
12th Floor
New York, NY 10013
(212) 998-6130

DAVIS POLK & WARDWELL
Daniel F. Kolb
(*pro hac vice* application pending)
Neal A. Potischman
(*pro hac vice* application pending)
Anna Thea Bridge
(*pro hac vice* application pending)
David J. Lisson
(*pro hac vice* application pending)
Rosanna Garza Lipscomb
(*pro hac vice* application pending)

450 Lexington Avenue
New York, NY 10017
(212) 450-4000

1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I certify that on the 11th day of August, 2008, I filed electronically through the CM/ECF system the foregoing Application, along with the supporting (i) Memorandum of Points and Authorities and (ii) Declaration of Neal A. Potischman, which caused the following counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> Scott Fuqua
> Assistant Attorney General
> Litigation Division
> Office of the New Mexico Attorney General
> 408 Galisteo Street
> Santa Fe, NM 87501
> (505) 827-6920
> sfuqua@nmag.gov

/s/ David H. Urias
David H. Urias