UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

08 AUG 18 PM 3: 13

CLERK-SANTA FE

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, FEDERATION OF WOMEN'S CLUBS OVERSEAS, NEW MEXICO PUBLIC INTEREST RESEARCH GROUP EDUCATION FUND, and SOUTHWEST ORGANIZING PROJECT, | |
| Plaintiffs, | No. CV-08-702 JOB/WDS |
| v. | |
| MARY HERRERA, Secretary of State, | |
| Defendant. | |

## MOTION TO INTERVENE

Shannon Robinson hereby moves this Court, pursuant to Fed. R. Civ. P. 24 for an Order permitting him to intervene in this lawsuit. As grounds for this Motion, the proposed Defendant-in-Intervention states as follows:

1. Shannon Robinson is entitled to intervene as a matter of right because he has an interest in the subject of this action and he is so situated that the disposition of the action may, as a practical matter, impair or impede his ability to protect that interest. The existing Defendant does not adequately represent the interests of this Defendant-in-Intervention.

2. Plaintiffs' Complaint seeks a determination that certain statutes are unconstitutional and unenforceable.

3. Shannon Robinson is a citizen, an individual, a voter and a New Mexico State Senator concerned about actual fraud, possible fraud and the perception of fraud in the registration process.

4. Shannon Robinson, as a member of the New Mexico State Senate voted in favor of the statutes under attack by Plaintiffs.

5. Alternatively, the proposed Defendant-in-Intervention should be entitled to intervene pursuant to Fed. R. Civ. P. 24(b)(2) because his claim and the main action have common questions of law and fact, namely the constitutionality and enforceability of the restrictions concerning third party registration agents.

6. Counsel for Plaintiffs has not yet been contacted.

7. Counsel for Defendant has been contacted and does [not] oppose this motion.

8. Defendant-in-Intervention does not have an Answer to file. Shannon Robinson would request a reasonable continuance of the hearing on the Preliminary Injunction to allow for the preparation of an Answer. This statute has been in effect for more than three years and Plaintiff's did not request a Temporary Restraining Order. Plaintiffs do not identify any person who has been prevented from registering because of any statute or practice of the Defendant. The issues Plaintiffs have raised and the remedies requested should be the subject of considerable investigation, thought and review.

WHEREFORE, Shannon Robinson, proposed Defendant-in-Intervention requests the Court enter an Order permitting his intervention in this matter and grant a continuance

to allow the preparation and filing of an Answer to the Complaint and a Response to the Motion for Preliminary Injunction.

Respectfully submitted,
Shannon Robinson, Attorney at Law

By: _____
Shannon Robinson,
Attorney for Proposed Intervenor
6743 Academy Road, N.E. #A
Albuquerque, NM 87109
(505) 998-6600

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Motion to Intervene was mailed this 18th day of August 2008 and I will attempt to e-mail copies as well to the following:

Wendy R. Weiser
Myrna Perez
**Brennan Center for Justice at NYU School of Law**
161 Avenue of the Americas, 12th Floor
New York, NY 10013

Daniel F. Kolb
Neal A. Potischman
Anna Thea Bridge
David J. Lisson
Rosanna Garza Lipscomb
**Davis Polk & Wardwell**
450 Lexington Ave.
New York, NY 10017
(212) 450-4000

John W. Boyd
David H. Urias
**Freedman, Boyd, Hollander, Goldberg & Ives, P.A.**
20 First Plaza, Suite 700
Albuquerque, NM 87102
(505) 842-9960

**Davis Polk & Wardwell**
1600 El Camino Real
Menlo Park, CA 94025
(650) 752-2000

Scott Fuqua, Assistant Attorney General
Litigation Division
**Office of the New Mexico Attorney General**
408 Galisteo Street
Santa Fe, NM 87501
(505) 827-6920

_____
Shannon Robinson, Attorney at Law
Shannon Robinson