UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

## Clerk's Minutes

### Before the Honorable James O. Browning

**CASE NO.**  CIV 08-702 JB/DJS             **DATE:**  August 29, 2008

**TITLE:**  *American Assoc. of People With Disabilities, et al. v. Herrera*

**COURTROOM CLERK:**  K'Aun Sanchez    **COURT REPORTER:**  Danna Everett

**COURT IN SESSION:**  10:05 a.m.         **COURT IN RECESS:**  11:48 a.m.

**TYPE OF PROCEEDING:**  Motion Hearing (see below)

**COURT'S RULINGS/DISPOSITION:**
1. Motion to Intervene (by Shannon Robinson) [25] - **DENIED**
2. Motion to Intervene (by Rep. Party) [27] - **DENIED**

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**  Court

**ATTORNEYS PRESENT FOR PLAINTIFF(S):**      **ATTORNEYS PRESENT FOR DEFENDANT(S):**

  David Urias                                                        Scott Fuqua

  Anna Thea Bridge/Sharon Katz

  Myrna Perez

**PROCEEDINGS:**

**Court in Session:**     10:05 a.m.

**Court:**  Calls case.  Counsel enter appearances.  Pat Rogers, Jason Bowles, Ryan Flynn and Justine Fox-Young (proposed intervenor) present on behalf of proposed intervenors.  Notes proposed intervenor, Shannon Robinson, is not present.

**Court:**  Believes motions to intervene are timely.  Provides inclination ruling - not inclined to allow permissive intervention and to deny motions to intervene.

**10:28 a.m.  Mr. Rogers:**  Argues in support of motion.

**Mr. Urias:**  Argues in response in opposition to motions to intervene.

**10:49 a.m.  Mr. Fuqua:**  Defendant has no position on motions.  Addresses Court re: First Amendment as to Fox-Young.

**10:52 a.m.  Mr. Rogers:**  Argues in reply in further support of motion.  Notes inadvertently filed response to preliminary injunction motion - but that itself demonstrates would not hold case up.

**10:57 a.m.  Court:**  Questions Mr. Rogers as to what would inquire of the 4 Plaintiffs?

**Mr. Rogers:**  Responds.

**Court:**  Denies motions to intervene - without prejudice as to Republican Party and Fox-Young.  Will work to get opinions out as soon as possible.  Anything further?

**Mr. Urias:**  As to First Amendment issues, if Court has questions will be glad to address same.

**Ms. Katz:**  Argues regarding NVRA issue.

**Mr. Fuqua:**  Argues in response to NVRA and First Amendment issues.

**11:40 a.m.  Mr. Urias:**  Argues in reply regarding First Amendment.

**11:42 a.m.  Ms. Katz:**  Argues in reply regarding NVRA.

**11:4 5a.m.  Court:**  Appreciate presentations. Will work to get opinions/orders out as soon as possible.

**Mr. Rogers:**  Reminds Court inadvertently filed response to preliminary injunction motion.

**Court:**  Requests file notice of withdrawal of response, as well as answer.

**Mr. Rogers:**  Wishes to leave answer on file.

**Court:**  Okay with parties?

**Mr. Urias:**  Fine.

**Mr. Fuqua:**  Fine.

**Court:**  Answer can remain in record and will be considered attachment to motion to intervene.

**Court in recess: 11:48 a.m.**