IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| AMERICAN ASSOCIATION OF PEOPLE WITH DISABILITIES, FEDERATION OF AMERICAN WOMEN'S CLUBS OVERSEAS, INC., NEW MEXICO PUBLIC INTEREST RESEARCH GROUP EDUCATION FUND, and SOUTHWEST ORGANIZING PROJECT,<br><br>          Plaintiffs,<br><br>v.<br><br>MARY HERRERA, in her capacity as Secretary of State,<br><br>          Defendant. | No. CIV 08-00702 JOB |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

The parties in the above-captioned action respectfully move this Court to amend the scheduling order in this matter as set forth below. As discussed in a telephone call with counsel for both parties and the Court's Deputy Courtroom Clerk, Ms. Wild, the parties are actively exploring settlement options and it is their view that postponing the motion hearing by two weeks would promote the efficient use of judicial resources.

Accordingly, the parties hereby jointly move the Court to adjust the amended scheduling order dated July 14, 2010 (Docket No. 122), so that the motion hearing on the parties' summary

judgment motions scheduled in this matter be held on **September 21, 2010** at 9:00 a.m., a date Ms. Wild indicated was suitable from the Court's perspective.

Respectfully submitted,

| | |
|---|---|
| GARY K. KING,<br>NEW MEXICO ATTORNEY<br>GENERAL | RODEY, DICKASON, SLOAN, AKIN & ROBB,<br>P.A |
| By __s/ Scott Fuqua_____<br>Scott Fuqua<br>Assistant Attorney General<br>New Mexico Attorney General's Office<br>408 Galisteo Street<br>Santa Fe, NM 87501<br>(505)827-6920 – Telephone<br>(505)827-6036 – Facsimile<br><br>*Attorney for Defendant*<br>*Mary Herrera* | By __s/ Edward Ricco_____<br>Edward Ricco<br>P.O. Box 1888<br>Albuquerque, NM 87103<br>Telephone: (505) 765-5900<br>ericco@rodey.com<br><br>Edward D. Hassi<br>O'Melveny & Myers LLP<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036<br>Telephone: (212) 326-2000<br>thassi@omm.com<br><br>Charles E. Borden<br>Guy G. Brenner<br>O'Melveny & Myers LLP<br>1625 Eye Street N.W.<br>Washington, DC 20006-4001<br>Telephone: (202) 383-5300<br>cborden@omm.com<br>gbrenner@omm.com<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

      I certify that on August 24, 2010, I filed the foregoing electronically through the CM/ECF system, which caused parties or counsel in this matter to be served by electronic means as more fully reflected on the Notice of Electronic Filing.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

By __s/ Edward Ricco_____
    Edward Ricco