IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMERICAN ASSOCIATION OF PEOPLE
WITH DISABILITIES, FEDERATION OF
AMERICAN WOMEN'S CLUBS
OVERSEAS, INC., NEW MEXICO PUBLIC
INTEREST RESEARCH GROUP
EDUCATION FUND, and SOUTHWEST
ORGANIZING PROJECT,

      Plaintiffs,

vs.                                                        No. CIV 08-0702 JB/WDS

MARY HERRERA, in her capacity as
Secretary of State,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the parties' Joint Stipulation of Dismissal Without Prejudice, filed November 12, 2010 (Doc. 135); and (ii) the Court's Order of Dismissal Without Prejudice, filed November 15, 2010 (Doc. 136), dismissing the action without prejudice. The Order disposes of all parties and claims in this case, and the Court now enters final judgment in this matter.

**IT IS ORDERED** that final judgment is entered and that the Plaintiffs' claims against Defendant Mary Herrera are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Edward Ricco
Rodey, Dickason, Sloan, Akin & Robb, P.A.
Albuquerque, New Mexico

-- and --

Edward D. Hassi
O'Melveny & Myers LLP
New York, New York

-- and –

Charles E. Borden
Guy G. Brenner
O'Melveny & Myers LLP
Washington, D.C.

    *Attorneys for the Plaintiffs*

Gary K. King
  New Mexico Attorney General
Scott Fuqua
  Assistant Attorney General
New Mexico Attorney General's Office
Santa Fe, New Mexico

    *Attorneys for the Defendant*